*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-10-00689-CV

**IN THE INTEREST OF D.K.W.**, A Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-12915
Honorable John D. Gabriel Jr., Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  July 6, 2011

DISMISSED

Appellant Donnell L. Weary Jr. appeals the trial court's judgment signed October 26, 2010. After the clerk's record was filed, the court reporter filed a notice in this court stating appellant had not paid for the reporter's record and was not entitled to the reporter's record without prepayment. We therefore ordered appellant to provide written proof to this court that he had either paid for the reporter's record or was entitled to the reporter's record without prepayment of the court reporter's fee. We advised appellant that if he did not timely provide the requested written proof, his brief would be due in this court on May 2, 2011, and he would be permitted to raise only those issues or points that did not require a reporter's record. Appellant did not respond. Accordingly, on May 18, 2011, we ordered appellant to file, on or before June

17, 2011, his brief, raising only those issues or points not requiring a reporter's record, and a written response reasonably explaining his failure to timely file the brief. We advised appellant that if he failed to file the brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a). Appellant has not filed a brief or the written response ordered by the court.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee Constance Irene Davis recover her costs in this appeal from appellant Donnell L. Weary Jr.

PER CURIAM